IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WILLIAM J. HAYES,            )
                             )
          Plaintiff,         )        8:05CV551
                             )
     v.                      )
                             )
IN RE NATURAL GAS COMMODITY  )        ORDER
LITIGATION,                  )
                             )
          Defendants.        )
_____)
```

      This matter is before the Court on plaintiff's withdrawal of his motion to quash subpoena duces tecum (Filing No. 7).  Pursuant thereto,

      IT IS ORDERED that plaintiff's withdrawal of motion is granted.  This action is dismissed.

      DATED this 29th day of December, 2005.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                            LYLE E. STROM, Senior Judge
                            United States District Court